UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 7 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CHRISTOPHER CHAN,<br><br>Defendant - Appellant. | No. 26-304<br><br>D.C. No. 1:22-cr-00109-DKW-1<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

The alternative request (included in Docket Entry No. 5) to stay appellate proceedings is granted in part. The briefing schedule is vacated.

Appellate proceedings are stayed until resolution of *Wolford v. Lopez*, Sup. Ct. Dkt. No. 24-1046, and *United States v. Hemani*, Sup. Ct. Dkt. No. 24-1234, or until further order of this court.

Appellant must file a status report on July 20, 2026, and every 90 days thereafter while *Wolford v. Lopez* and *United States v. Hemani* remain pending. Status reports should include any change in the status of the cases and the estimated date of resolution, if known.

Appellant must file a status report and motion for further relief within 7 days after resolution of *Wolford v. Lopez* or *United States v. Hemani*.

Failure to file a status report may terminate the stay of appellate proceedings.

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

26-304