Salina M. Kanai
Federal Public Defender
Craig W. Jerome
First Assistant Federal Defender & Counsel of Record
Office of the Federal Public Defender
     for the District of Hawaiʻi
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaiʻi 96850
(808) 541-2521
craig_jerome@fd.org

Counsel for Defendant-Appellant

IN THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| United States of America | CA9 No. 26-304 |
| Plaintiff-Appellee | DC No. 1:22-cr-00109-DKW-1 |
| v. | Status Report No. 1 and Motion for Further Relief; Certificate of Service |
| Christopher Chan Defendant-Appellant | |

**Status Report No. 1**

Defendant-Appellant Christopher Chan, through appointed counsel, submits this status report and motion for further relief in accord with this Court's order, ACMS DktEntry 6.1 (May 7, 2026).

1.    The Supreme Court decided *United States v. Hemani*, Sup. Ct. Dkt. No. 24-1234, on June 18, 2026. In *Hemani*, the Supreme Court

applied the test from *New York State Rifle and Pistol Assn., Inc. v. Bruen,* 597 U.S. 1, 24 (2022), and held that the prosecution of Mr. Hemani under 18 U.S.C. §922(g)(3)'s unlawful user provision was inconsistent with the Second Amendment.

2.　As of the drafting of this status report, *Wolford v. Lopez,* Sup. Ct. Dkt. No. 24-1046, remains pending. But a decision is expected within the next week or two.

3.　In the present matter, the defendant-appellant and his appointed counsel filed a motion in this Court on June 3, 2026, DktEntry 7, asking this Court to allow counsel to withdraw and to permit the defendant-appellant to proceed pro se. As of the drafting of this status report, that motion remains pending.

4.　Based on the foregoing, the defendant-appellant asks this Court to continue to stay the appellate proceedings in this case at least until the Supreme Court resolves *Wolford v. Lopez* and this Court issues an order on the defendant-appellant's request for withdrawal of counsel and to proceed pro se. If this Court grants the relief requested herein, the defendant-appellant will file a status report and motion for further

relief within 7 days of either event, or as otherwise ordered by this Court.

Dated:     Honolulu, Hawaiʻi, June 24, 2026.

/s/ Craig W. Jerome
Craig W. Jerome
First Assistant Federal Defender
*Counsel for Defendant-Appellant*

## Certificate of Service

I, CRAIG W. JEROME, hereby certify that by the method of service noted below, a true and correct copy of the foregoing was served on the following:

> Rebecca Ann Perlmutter          (via ECF)
> Office of the U.S. Attorney
> PJKK Federal Building, Room 6-100
> 300 Ala Moana Boulevard
> Honolulu, HI 96850
>
> Christopher Chan     (via email: plaintiff.chan@yahoo.com)
> Honolulu, Hawai'i

Dated:     Honolulu, Hawaii, June 24, 2026.


> /s/ *Craig W. Jerome*
> CRAIG W. JEROME
> First Assistant Federal Defender
> Attorney for Defendant-Appellant
> CHRISTOPHER CHAN

4