Salina M. Kanai
Federal Public Defender
Craig W. Jerome
First Assistant Federal Defender & Counsel of Record
Office of the Federal Public Defender
  for the District of Hawai'i
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawai'i 96850
(808) 541-2521
craig_jerome@fd.org


Counsel for Defendant-Appellant

IN THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| United States of America<br>   Plaintiff-Appellee<br><br>v.<br><br>Christopher Chan<br>   Defendant-Appellant | CA9 No. 26-304<br>DC No. 1:22-cr-00109-DKW-1<br><br>Status Report No. 2 and Motion for Further Relief; Certificate of Service |

**Status Report No. 2**

Defendant-Appellant Christopher Chan, through appointed counsel, submits this status report and motion for further relief in accord with this Court's order, ACMS DktEntry 6.1 (May 7, 2026).

  1.  The Supreme Court decided *Wolford v. Lopez*, Sup. Ct. Dkt. No. 24-1046, on June 25, 2026. In *Wolford*, the Supreme Court applied

the test from *New York State Rifle and Pistol Assn., Inc. v. Bruen,* 597 U.S. 1, 24 (2022), and held that a state law that prohibited a licensed concealed-carry permit holder from carrying a firearm on private property open to the public without express consent from the property owner violated the Second Amendment.

2.     In the present matter, the defendant-appellant and his appointed counsel filed a motion in this Court on June 3, 2026, DktEntry 7, asking this Court to allow counsel to withdraw and to permit the defendant-appellant to proceed pro se. As of the drafting of this status report, that motion remains pending.

3.     On June 24, 2026, the defendant-appellant, through appointed counsel, filed a status report and motion for further relief regarding the Supreme Court's decision in *United States v. Hemani,* Sup. Ct. Dkt. No. 24-1234. That motion requested that this Court continue to stay the appellate proceedings in this matter.

4.     Based on the foregoing, the defendant-appellant again asks this Court to continue to stay the appellate proceedings in this case

until this Court issues an order on the defendant-appellant's request for withdrawal of counsel and to proceed pro se.

Dated:     Honolulu, Hawai'i, June 29, 2026.

/s/ Craig W. Jerome
Craig W. Jerome
First Assistant Federal Defender
*Counsel for Defendant-Appellant*

## Certificate of Service

I, CRAIG W. JEROME, hereby certify that by the method of service noted below, a true and correct copy of the foregoing was served on the following:

> Rebecca Ann Perlmutter  (via ECF)
> Office of the U.S. Attorney
> PJKK Federal Building, Room 6-100
> 300 Ala Moana Boulevard
> Honolulu, HI 96850
>
> Christopher Chan  (via email: plaintiff.chan@yahoo.com)
> Honolulu, Hawai'i

Dated:  Honolulu, Hawaii, June 29, 2026.

/s/ *Craig W. Jerome*
CRAIG W. JEROME
First Assistant Federal Defender
Attorney for Defendant-Appellant
CHRISTOPHER CHAN

4